IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**RHONDA COLLEY,**

    **Plaintiff,**

**vs.**

                                **Civil Action No.**

                                **3:07-CV-857-MHT**

**CHARTER COMMUNICATIONS,**

    **Defendant.**

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Plaintiff by and through her attorney of record, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:   This party is an individual.

    Dated: October 22, 2007.

                                                            Allen D. Arnold, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office; 205.252.1556 – Facsimile

## **CERTIFICATE OF SERVICE**

I certify that on October 22, 2007, I filed the foregoing with the Clerk of this Court using CM/ECF system which will forward a copy to the attorney for the Defendant: Kelly D. Reese, Esq.

Of Counsel