**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

October 22, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Colley v. Charter Communications

Case Number:   3:07cv00857-MHT

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to correct the signature and to include a certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 7   filed on    October 19, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**RHONDA COLLEY,**

    **Plaintiff,**

**vs.**

                              **Civil Action No.**

                              **3:07-CV-857-MHT**

**CHARTER COMMUNICATIONS,**

    **Defendant.**

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff by and through her attorney of record, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:   This party is an individual.

Dated: October 22, 2007.

                                                      Allen D. Arnold, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL   35203
205.252.1550 – Office; 205.252.1556 – Facsimile

## **CERTIFICATE OF SERVICE**

I certify that on October 22, 2007, I filed the foregoing with the Clerk of this Court using CM/ECF system which will forward a copy to the attorney for the Defendant: Kelly D. Reese, Esq.

                                          Of Counsel