IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**RHONDA COLLEY,**

**PLAINTIFF,**   CIVIL ACTION NO: **3:07-CV-857-MHT**
**V.**

**CHARTER COMMUNICATIONS,**

**DEFENDANT.**

### REPORT OF PARTIES' PLANNING MEETING

1. *Appearances*:

Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on November 14, 2007, and was conducted by:

  a. Appearing on behalf of plaintiff: Allen D. Arnold

  b. Appearing on behalf of defendant: Kelly D. Reese

2. *Pre-Discovery Disclosures*. The parties will exchange by December 7, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

3. *Discovery Plan*. The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

    a.    *Plaintiff's Statement*: Conduct discovery on all aspects of Plaintiff's Complaint and Defendant's defenses.

    b.    *Defendant's Statement*:  Plaintiff's overall employment history; Plaintiff's employment with Defendant; the allegations contained in Plaintiff's Complaint; Plaintiff's efforts to seek employment after termination; Plaintiff's employment since termination; and Plaintiff's alleged damages.

    c.    *Discovery cut-off*.  Unless modified by the Court for good cause shown, all discovery must be commenced in time to be completed by May 30, 2008.

4.    *Discovery Limitations*:

    a.    Unless modified by stipulation of the parties:

*Depositions:*

Maximum of 10 depositions for the plaintiff and 10 depositions For the defendant with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

*Interrogatories:*

Maximum of 35 by each party, with responses due within 30 days after service.

*Request for Admission:*

Maximum of 25 by each party, with responses due within 30 days after service.

*Request for Production:*

        Maximum of 35 by each party, with responses due within 30 days after service.
*Supplementation:*

Supplementations under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

5. ***Parties and Pleadings***:

    a.    The plaintiff shall have until February 15, 2008, to join any additional parties and amend the pleadings.

    b.    The defendant shall have until March 14, 2008, to join any additional parties and amend the pleadings.

6. ***Dispositive Motions***:

All potentially dispositive motions must be filed July 28, 2008.

7. ***Expert Testimony***:

Unless modified by stipulation of the parties, the disclosure of expert witnesses -- including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert are due:

    a.    From the plaintiff:    March 3, 2008

    b.    From the defendant:    April 1, 2008

8. ***Pre-trial conference***:

This case will be ready for pretrial conference in June of 2008.

9. *Trial*:

This case will be ready for trial by August of 2008.

Trial is expected to last 2-3 day(s).

10. *Final lists*:

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

    a.    By the plaintiff:    30 days prior to trial

    **b.**    By the defendant:  30 days prior to trial

Objections are to be filed within 14 days after receipt of final lists.

11. *Scheduling Conference*:

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

12. *Settlement*:

The parties have discussed settlement and cannot evaluate the case for settlement purposes at this time.

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| /s/ Allen D. Arnold | /s/ Kelly D. Reese, Esq. |
| _____ | _____ |
| Allen. D. Arnold, Esq. | Kelly D. Reese, Esq. |
| Attorney for the Plaintiff | Attorney for Defendant |

Arendall & Associates  
2018 Morris Avenue, Third Floor  
Birmingham, AL 35203  
205.252.1550 - Office  
205.252.1556 – Facsimile  

Littler Mendelson, PC  
Riverview Plaza  
63 South Royal Street, Suite 709  
Mobile, AL 36602  
251.432.4540 – Office  
251.432.0427 - Facsimile