IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **RHONDA COLLEY,** | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO.** |
| **vs.** | * | |
| | | **3:07-cv-857-MHT-WC** |
| **CHARTER COMMUNICATIONS,** | * | |
| **Defendant.** | * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Charter Communications makes the following disclosures:

1. Charter Communications, LLC has a parent corporation, which is Charter Communications Operating, LLC, a Delaware Limited Liability Company with its principal place of business in St. Louis, Missouri.

2. Ten percent or more of Charter Communications, LLC's stock is not owned by a publicly owned corporation.

This 24th day of November, 2007.

                                        Respectfully submitted,

                                        s/Kelly D. Reese
                                        Kelly D. Reese
                                        ASB-0637-E53K

LITTLER MENDELSON, PC
Riverview Plaza
63 South Royal Street, Suite 709
Mobile, Alabama 36602
Telephone:  251-432-4540
Facsimile:  251-432-0427
Email:  kreese@littler.com

**Attorney for Defendant**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **RHONDA COLLEY,** | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO.** |
| **vs.** | * | |
| | | **3:07-cv-857-MHT-WC** |
| **CHARTER COMMUNICATIONS,** | * | |
| **Defendant.** | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff's attorneys as follows:

- **David Randall Arendall**
  dra@arendalllaw.com,ras@arendalllaw.com
- **Allen Durham Arnold**
  ada@arendalllaw.com

                s/Kelly D. Reese
                Kelly D. Reese
                ASB-0637-E53K
                LITTLER MENDELSON, PC
                Riverview Plaza
                63 South Royal Street, Suite 709
                Mobile, Alabama 36602
                Telephone:  251-432-4540
                Facsimile:  251-432-0427
                Email:  kreese@littler.com

                **Attorney for Defendant**

Firmwide:83612341.1 047830.1006