IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| RHONDA COLLEY,             ) | |
| ) | |
| Plaintiff,         ) | |
| ) | CIVIL ACTION NO. |
| v.                  ) | 3:07cv857-MHT |
| ) | |
| CHARTER COMMUNICATIONS,    ) | |
| ) | |
| Defendant.         ) | |

ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 12) is amended to reflect that the trial is set for the term of court beginning on October 14, 2008, with all deadlines expressly tied to said date adjusted accordingly.

DONE, this the 28th day of October, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE