IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA COLLEY, | * | |
| Plaintiff, | * | |
| | | CIVIL ACTION NO. |
| vs. | * | |
| | | 3:07-cv-857-MHT-WC |
| CHARTER COMMUNICATIONS, | * | |
| Defendant. | * | |

**JOINT MOTION FOR CONTINUANCE OF CERTAIN DEADLINES**

**COME NOW** the parties, by and through the undersigned counsel, and request of this Honorable Court a twenty-one (21) day extension of the dispositive motion deadline and a twenty-one (21) day extension of the discovery deadline. As grounds for this motion, the parties state the following:

1. The dispositive motion deadline is June 5, 2008 – which is approximately three months before the September 3, 2008, pretrial hearing.

2. Discovery is currently set to end on May 30, 2008.

3. To date the parties are engaging in discovery and have exchanged written discovery.

4. The parties are currently working on scheduling depositions, which include the plaintiff and several management employees of Defendant. The requested continuance of certain deadlines would facilitate the scheduling of those depositions, which has been made more difficult by the fact that counsel for Defendant is currently serving on jury duty in Baldwin County, Alabama for the two-week period of May 5, 2008 through May 16, 2008.

5. The parties are currently engaged in settlement discussions and believe there is a reasonable possibility that they may be able to settle this case without the need of conducting additional discovery and incurring the related expenses.

6. In light of the ongoing discovery and the rapidly approaching dispositive motion deadline and discovery deadline, the parties are in need of additional time to explore settlement and, if necessary, conduct discovery and file any dispositive motions.

7. If the parties are not able to resolve this matter through settlement, such additional time would allow: (1) Plaintiff and Defendant adequate time in which to conduct discovery; and (2) adequate time in which to review the information and prepare any dispositive motions.

8. The parties file this motion jointly and assert that no prejudice will be caused due to this extension.

**WHEREFORE**, for the foregoing reasons, the parties respectfully request this Honorable Court for a twenty-one (21) day extension of the dispositive motion deadline and a twenty-one (21) day extension of the discovery deadline.

Dated May 7, 2008.

        Respectfully submitted,

        s/Kelly D. Reese
        Kelly D. Reese
        ASB-0637-E53K
        LITTLER MENDELSON, PC
        Riverview Plaza
        63 South Royal Street, Suite 709
        Mobile, Alabama 36602
        Telephone: 251-432-4540
        Facsimile: 251-432-0427
        Email: kreese@littler.com
        **Attorney for Defendant**

- 3 -

          s/David R. Arendall
          David R. Arendall, Esq.
          Arendall & Associates
          2018 Morris Avenue, Third Floor
          Birmingham, AL 35203
          Phone:  205-252-1550
          Fax:  205-252-1556
          Email:  ada@arendalllaw.com  (Allen)
          **Attorney for Plaintiff**

Firmwide:85123872.1 047830.1006