IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| RHONDA COLLEY,             )<br>                            )<br>    Plaintiff,             )<br>                            )   CIVIL ACTION NO.<br>    v.                      )     3:07cv857-MHT<br>                            )<br>CHARTER COMMUNICATIONS,     )<br>                            )<br>    Defendant.              ) | |

## ORDER

It is ORDERED that the joint motion for continuance of certain deadlines (doc. no. 16) is denied.

DONE, this the 9th day of May, 2008.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE