IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA COLLEY, | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION NO. |
| vs. | * | 3:07-cv-857-MHT-WC |
| CHARTER COMMUNICATIONS, | * | |
| Defendant. | * | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties hereto, by and through their undersigned counsel, hereby stipulate that the above-entitled matter may be dismissed with prejudice in its entirety, each party to bear its own attorneys' fees and costs.

DATED this 28 day of July, 2008.

s/David R. Arendall
David R. Arendall, Esq.
ASB_____
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203
Phone: 205-252-1550
Fax: 205-252-1556
Email: ada@arendalllaw.com

**ATTORNEY FOR PLAINTIFF**

s/Kelly D. Reese
Kelly D. Reese
ASB-0637-E53K
LITTLER MENDELSON, PC
63 South Royal Street, Suite 709
Mobile, Alabama 36602
Phone: 251-432-4540
Fax: 251-432-0427
Email: kreese@littler.com

**ATTORNEY FOR DEFENDANT**

Firmwide:85957524.1 047830.1006